# EXHIBIT 1

Menu

# KLUTCH
ATHLETICS

Account          Bag (0)



Klutch x NB
Kids Fleece Hoodie
$44.99



Klutch x NB
Kids Fleece Hoodie
$44.99



Klutch x NB
Kids Fleece Pant
$41.99



Klutch x NB



Klutch x NB



Klutch x NB

Klutch x NB
Kids Mesh Short
$37.99

Klutch x NB
Kids T-Shirt
$26.99

Klutch x NB
Kids T-Shirt
$34.99



Klutch x NB
Kids Mesh Short
$37.99

Subscribe

Enter Your Email →

Shop
About
News
Account

Contact Us
Instagram
Privacy Policy
Return Policy
Terms of Service

● 2026
Klutch Athletics



**Klutch x NB**
Nylon Hitch
$34.99



**Klutch x NB**
Nylon Hitch
$34.99



**Klutch x NB**
Klutch X NB Cruz V3
$75.99



Klutch x NB



Klutch x NB



Klutch x NB

Document title: Womens – Klutch Athletics
Capture URL: https://klutch.com/collections/womens
Capture timestamp (UTC): Fri, 06 Mar 2026 22:10:01 GMT

Klutch x NB
Women's Fleece Full Zip
$71.99

Klutch x NB
Women's Fleece Full Zip
$71.99

Klutch x NB
Women's Fleece Full Zip
$71.99







Klutch x NB
Women's Fleece Full Zip
$71.99

Klutch x NB
Women's Legging
$59.99

Klutch x NB
Women's Legging
$59.99









Klutch x NB
Women's LS Performance Top
$37.99

Klutch x NB
Women's LS Performance Top
$37.99

Klutch x NB
Women's Racerback Bra
$29.99





Klutch x NB
Women's Racerback Bra
$39.99

Klutch x NB
Women's Bike Short
$37.99

Klutch x NB
Women's Bike Short
$49.99







Klutch x NB
Women's Fleece Pant
$67.99

Klutch x NB
Women's Fleece Pant
$67.99

Klutch x NB
Klutch X NB Cruz V3
$75.99







Klutch x NB
Women's Jacket
$74.99

Klutch x NB
Women's Jacket
$74.99

Klutch x NB
Klutch X NB 200 Slide
$29.99





Document title: Womens – Klutch Athletics
Capture URL: https://klutch.com/collections/womens
Capture timestamp (UTC): Fri, 06 Mar 2026 22:10:01 GMT

Page 4 of 5

Klutch x NB
Women's Jacket
$74.99

Klutch x NB
Women's Jacket
$74.99

Klutch x NB
Klutch X NB 200 Slide
$29.99





Klutch x NB
Women's Fleece Pant
$67.99

Klutch x NB
Women's Fleece Pant
$67.99

Subscribe

Enter Your Email →

Shop
About
News
Account

Contact Us
Instagram
Privacy Policy
Return Policy
Terms of Service

● 2026
Klutch Athletics

Menu

# KLUTCH
## ATHLETICS

Account     Bag (0)

Watch Film

# UNBOTHERED

Rich Paul & New Balance
Present the Abzorb 2010.





KLUTCH
ATHLETICS

Document title: Rich Paul Collection – Klutch Athletics
Capture URL: https://klutch.com/collections/rich-paul-collection
Capture timestamp (UTC): Fri, 06 Mar 2026 22:11:41 GMT

Page 1 of 2





Rich Paul & New Balance ABZORB 2010
Sold Out

Klutch Athletics Graphic T-Shirt
$44.99



Subscribe

Enter Your Email →

Shop
About
News
Account

Contact Us
Instagram
Privacy Policy
Return Policy
Terms of Service

● 2026
Klutch Athletics

Document title: Rich Paul Collection – Klutch Athletics
Capture URL: https://klutch.com/collections/rich-paul-collection
Capture timestamp (UTC): Fri, 06 Mar 2026 22:11:41 GMT

Find past favorites & rare finds at Reconsidered. Explore

US | Select a Store | Reconsidered     English ∨ | Help ∨

New    Men    Women    Kids    Sports    Sale



# Klutch Athletics by New Balance

Founded by Rich Paul, Klutch Athletics by New Balance is a modern, versatile sportswear brand for the next generation. The brand features collections that are engineered for sport and designed for life, ranging from everyday staples to elevated performance. Serving the athlete-minded and the communities where they live and play, Klutch Athletics celebrates the intersection of sports, culture and community.

Shop now



Shop men     Shop women     Shop kids

Unlock 20% off ✕

---

Document title: Klutch Athletics by New Balance - New Balance
Capture URL: https://www.newbalance.com/klutch-athletics/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:08:06 GMT

Shop men  Shop women  Shop kids



# Fall '25 Collection

Versatile sportswear for the next generation.

Shop now

Feedback

## Klutch Athletics by New Balance Training Apparel

Klutch Athletics by New Balance is a next-generation, athlete-minded approach to sportswear. Co-authored with Rich Paul, Klutch Athletics crafts training apparel that celebrates the intersection of sports, culture, and community.

The Klutch Athletics by New Balance Clothing Collection delivers accessible, high-quality women's and men's training sportswear. From training shorts to premium hoodies, our men's and women's training apparel blends innovative performance and versatile style.

With each piece of training apparel, Klutch Athletics strives to serve the athlete-minded consumer and the communities where they play.

Be Klutch.



Be the first to know about new arrivals   Sign up

Help   Unlock 20% off   ✕   Shop   About Us   For You   Fearlessly Independent

Contact us   Find a store   Our Purpose   Special discounts

---

Document title: Klutch Athletics by New Balance - New Balance
Capture URL: https://www.newbalance.com/klutch-athletics/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:08:06 GMT



# Fall '25 Collection

Versatile sportswear for the next generation.

Shop now

## Klutch Athletics by New Balance Training Apparel

Klutch Athletics by New Balance is a next-generation, athlete-minded approach to sportswear. Co-authored with Rich Paul, Klutch Athletics crafts training apparel that celebrates the intersection of sports, culture, and community.

The Klutch Athletics by New Balance Clothing Collection delivers accessible, high-quality women's and men's training sportswear. From training shorts to premium hoodies, our men's and women's training apparel blends innovative performance and versatile style.

With each piece of training apparel, Klutch Athletics strives to serve the athlete-minded consumer and the communities where they play.

Be Klutch.



Be the first to know about new arrivals    Sign up

| Help | Shop | About Us | For You | Fearlessly Independent |
|---|---|---|---|---|
| Contact us | Find a store | Our Purpose | Special discounts | Independent since 1906, we empower people through sport and craftsmanship to create positive change in communities around the world. |
| Start a return | Gift cards | Responsible leadership | Idea submission | |
| Track your order | Shipping information | New Balance Foundation | Affiliate program | |
| Become a member | Sale exclusions | Careers | Counterfeit products | |
| Size guide | Custom uniforms | The TRACK at New Balance | Accessibility statement | |
| FAQ | Reconsidered | Press box | | |
| | | Medical Plan Information | | |

New Balance family of brands    BRINE.    WARRIOR.    teamsports



Unlock 20% off    ✕

Responsible Disclosure Policy    Website Terms & Conditions    CA Supply Chains Act (SB 657) and Modern Slavery Act Statement    Health Data Privacy Policy    Do Not Sell or Share My Personal Information ✓✕    Copyright 2026, New Balance



Klutch x NB
Nylon Hitch
$34.99



Klutch x NB
Nylon Hitch
$34.99



Klutch x NB
Klutch X NB Cruz V3
$75.99



Klutch x NB



Klutch x NB



Klutch x NB

Klutch x NB
Men's Fleece Hoodie
$71.99

Klutch x NB
Men's Fleece Hoodie
$71.99

Klutch x NB
Men's Fleece Hoodie
$71.99







Klutch x NB
Men's Woven Track Jacket
$67.99

Klutch x NB
Men's Woven Track Jacket
$67.99

Klutch x NB
Men's Woven Track Pant
$63.99









**Klutch x NB**
Men's Woven Track Pant
$63.99

**Klutch x NB**
Men's LS Performance Shirt
$52.99

**Klutch x NB**
Men's Woven Short
$54.99







**Klutch x NB**
Men's Woven Short
$54.99

**Klutch x NB**
Men's Woven Short
$54.99

**Klutch x NB**
Men's Mesh Performance T-Shirt
$41.99







Document title: Mens – Klutch Athletics
Capture URL: https://klutch.com/collections/mens
Capture timestamp (UTC): Fri, 06 Mar 2026 22:09:26 GMT



Klutch x NB
Men's Mesh Performance T-Shirt
$41.99

Klutch x NB
Men's Mesh Tricot Short
$41.99

Klutch x NB
Men's Waffle 1/2 Zip
$52.99







Klutch x NB
Men's Waffle 1/2 Zip
$69.99

Klutch x NB
Men's Waffle 1/2 Zip
$59.99

Klutch x NB
Men's Fleece Pant
$67.99









Klutch x NB
Men's Fleece Pant
$67.99

Klutch x NB
Men's Fleece Pant
$67.99

Klutch x NB
Klutch X NB Cruz V3
$75.99







Klutch x NB
Klutch X NB 200 Slide
$29.99

Klutch x NB
Men's Mesh Performance T-Shirt
$41.99

Klutch x NB
Men's Mesh Performance T-Shirt
$41.99













Klutch x NB
Men's Mesh Performance T-Shirt
$41.99

Klutch x NB
Men's Mesh Performance T-Shirt
$41.99

Klutch x NB
Men's Mesh Tricot Short
$41.99







Klutch x NB
Men's Mesh Tricot Short
$41.99

Klutch x NB
Men's Fleece Hoodie
$71.99

Klutch x NB
Men's Fleece Hoodie
$71.99







Klutch x NB
Men's Mesh Tricot Short
$41.99

Klutch x NB
Men's Fleece Hoodie
$71.99

Klutch x NB
Men's Fleece Hoodie
$71.99







Klutch x NB
Men's Fleece Hoodie
$71.99

Klutch x NB
Men's Fleece Pant
$67.99

Klutch x NB
Men's Fleece Pant
$67.99

Subscribe

Enter Your Email  →

Shop
About
News
Account

Contact Us
Instagram
Privacy Policy
Return Policy
Terms of Service

● 2026
Klutch Athletics



# START STRONG

Training essentials built to put in the work—engineered for sport, designed for life.

Document title: Klutch Athletics
Capture URL: https://klutch.com/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:08:49 GMT





Women's Collection

Men's Collection



BE KLUTCH

We believe the best can

Document title: Klutch Athletics
Capture URL: https://klutch.com/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:08:49 GMT



Women's Collection

Men's Collection

# BE KLUTCH

We believe the best can come from anywhere.

Watch Film

Subscribe

Enter Your Email →

Shop
About
News
Account

Contact Us
Instagram
Privacy Policy
Return Policy
Terms of Service

● 2026
Klutch Athletics





Jalil Bethea, Aaliyah Crump,
Caleb Wilson, Isiah Harwell

Klutch Athletics is a modern, versatile sportswear brand for the next generation.

Founded by Rich Paul, the brand features a collection that is engineered for sport and designed for life, ranging from everyday staples to elevated performance.

Serving the athlete-minded and the communities where they live and play, Klutch Athletics celebrates the intersection of sports, culture and community.

Document title: About – Klutch Athletics
Capture URL: https://klutch.com/pages/about
Capture timestamp (UTC): Fri, 06 Mar 2026 22:11:13 GMT



Rich Paul
Founder & CEO Klutch Athletics

Subscribe

Enter Your Email →

Shop
About
News
Account

Contact Us
Instagram
Privacy Policy
Return Policy
Terms of Service

● 2026
Klutch Athletics





Klutch x NB

# Klutch Athletics Graphic T-Shirt

$44.99

Pay in 2 interest-free installments of $22.50 with **shop** Pay Learn more

| White | ⌄ |

| L | ⌄ |

**Add To Bag**



Klutch Athletics by New Balance is a next-generation, athlete first approach to sportswear. This innovative, versatile training range is inspired by every aspect of the game, and built to perform in every aspect of your life. The Klutch Athletics Graphic T-Shirt combines lightweight fabric and a standard fit for comfort.

**Orders will be fulfilled the week of December 15th, 2025.**

Product Details

Size & Fit

Delivery & Returns





Klutch x NB

# Klutch Athletics Graphic T-Shirt

$44.99

Pay in 2 interest-free installments of $22.50 with **shop** Pay Learn more



| White | ⌄ |
| L | ⌄ |

**Add To Bag**



Klutch Athletics by New Balance is a next-generation, athlete first approach to sportswear. This innovative, versatile training range is inspired by every aspect of the game, and built to perform in every aspect of your life. The Klutch Athletics Graphic T-Shirt combines lightweight fabric and a standard fit for comfort.

**Orders will be fulfilled the week of December 15th, 2025.**

Product Details

Size & Fit

Delivery & Returns





UTA

About  Representation  Capabilities  Careers  Booking

 

Page 1 of 5



This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners.

Do Not Sell My Personal Information     Accept Cookies     ✕

Document title: United Talent Agency : KLUTCH Sports Group
Capture URL: https://www.unitedtalent.com/klutch
Capture timestamp (UTC): Fri, 06 Mar 2026 22:12:37 GMT

# Knowledge.
# Longevity.
# Understanding.
# Trust.
# Communication.
# Honesty.

Founded in 2012 by CEO Rich Paul, KLUTCH Sports Group represents some of the world's biggest athletes in major professional sports. Black-owned and women-led, KLUTCH helps players, coaches, sports executives, leagues, and brands capitalize on opportunities across the rapidly changing entertainment, media, and business landscape — and at any stage of their careers.

KLUTCH also provides strategic support in branding, communications, content, social responsibility, and other opportunities at the intersections of sports, entertainment, and culture.

KLUTCH launched its partnership with UTA in 2019. In 2021, TIME magazine recognized KLUTCH on its first-ever list of **TIME100 Most Influential Companies** and in 2024, GQ named KLUTCH one of the **20 Most Creative Companies in the World.**

**Follow KLUTCH on: Instagram** | **Twitter** | **LinkedIn** | **TikTok**

## Areas of Expertise

| | | |
|---|---|---|
| NBA | WNBA | NFL |
| MLB | Global Football | Name, Image, Likeness (NIL) |
| Coach & Executive Representation | Broadcast & Media Representation | Athlete Marketing |
| Sports Brand Consulting | Global Brand Partnerships | Sports & Brand Insights |

This website uses cookies to enhance user experience and to analyze performance and traffic on our website. We also share information about your use of our site with our social media, advertising and analytics partners.

Do Not Sell My Personal Information    Accept Cookies    ✕



**jalilbetheaa** and
**klutchathletics**

**jalilbetheaa** ✔ 84w
I was born to Be Klutch.

Excited to officially announce that I am the newest member of the Klutch Athletics by New Balance roster.

#BeKlutch

**newboygenius** 51w
Litty McGuire 🔥🔥
Reply

**drrosiemead** ✔ 83w
Oh this is good!! 🔥🔥🔥
Reply

**betheashaz5** 83w
🏀

♡ **19.5K** ◯ **148** ▽          🔖

July 30, 2024

Add a comment...          ☺

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Meta AI   Threads   Contact Uploading & Non-Users

 Messages

English ⌄   © 2026 Instagram from Meta



**klutchathletics** and **c.dubbb**  ···

**klutchathletics** ✔ Edited • 70w
Day after day of hard work is about to pay off for @c.dubbb 💪

Caleb wears the Klutch by New Balance Short Sleeve T-Shirt and PreGame Chill Short. Full collection is available now through the link in our bio. #BeKlutch

**shotbasketball23** 27w
😭😭😭
Reply

**youngbasketballking_** 66w
🔥🔥🔥
Reply

**noah.lindemier08** 68w
BBN💙

♡ **1.3K**  ◯ **61**  ▽

**October 30, 2024**

Add a comment...

---

**More posts from** klutchathletics



Document title: Instagram
Capture URL: https://www.instagram.com/p/DBwj-otSPXs/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:30:06 GMT





Document title: Instagram
Capture URL: https://www.instagram.com/p/CwtfxDGR1fe/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:29:28 GMT



newbalancegridiron and
klutchathletics

newbalancegridiron ✔ 108w
Not just any rookie.
@will.andersonjr

mrsept_xxvi 99w
Need this color
Reply

lautus_international 102w
Let's work together
Reply

bfa12331234 104w
Несправедливость...
Reply   See translation

balcony_seating 108w
🏆
1 like  Reply

♡  ⬤ 4  ◁                    🔖

February 9, 2024

Add a comment...              ☺

Messages



klutchathletics    Follow ···

klutchathletics ● Edited · 117w
Be Klutch. Link in bio.

coachingbyrandybyrd 52w
Facts
Reply

fullclip888 94w
🔥🔥🔥🔥🔥
Reply

thetruthskateandsnow 94w
Restock on this by chance or a
place to find?
Reply

johnfranklinst 113w
🔥🔥🔥 sheeesh
Reply

♡  ◯ 10  ▷                              ▢

December 7, 2023

Add a comment...                         ☺

**More posts from** klutchathletics





**klutchathletics** and **richpaul**
Kansas City, Missouri

**klutchathletics** ✔ 149w
We live! Link in bio. #BeKlutch

**max_capital_llc** 93w
Let's do @klut Africa....I've got a plan.
1 like   Reply

—— View all 1 replies

**356hillwood** 99w
👀👀👀
Reply

**danieldmen** 125w
You are forsure an inspiration. Anyway I can work for your agent training program? I reside in Rowland Heights, CA
Reply

❤ 8.1K  💬 185
April 27, 2023

Add a comment...

**More posts from** klutchathletics





klutchathletics ✔  Follow ⋯

klutchathletics ✔ 129w
High performance apparel, designed with you in mind. #BeKlutch

neobhard 122w
🔥🔥🔥🔥
Reply

September 10, 2023

Add a comment…

More posts from klutchathletics



Document title: Instagram
Capture URL: https://www.instagram.com/p/CxBUTfZODgs/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:34:25 GMT

INTERNET ARCHIVE
Wayback Machine

https://www.klutchshop.com/

27 captures
30 Oct 2020 - 8 Feb 2026

OCT **NOV** APR
◄ **25** ►
2019 **2020** 2021   ▼ About this capture

Free Shipping on Orders Over $100 USD

# klutch.

Collections     Apparel



## Klutch Athletics



**Home Klutch Advantage | Ash Hoodie**



**Home Klutch Advantage | Black Hoodie**



**Klutch Athletics | Athletic Heather Tee**



**Klutch Athletics | Black Heather Tee**

 Klutch Athletics | Navy Hoodie

 Klutch Athletics | Black Shorts

 Klutch Athletics | Navy Shorts

INTERNET ARCHIVE
WayBack Machine
https://www.klutchshop.com/
27 captures
30 Oct 2020 - 8 Feb 2026
OCT NOV APR
2019 2020 2021
About this capture





Klutch Athletics | Navy Hoodie

Klutch Athletics | Black Shorts

Klutch Athletics | Navy Shorts

**Klutch Athletics | Navy Heather Tee**

**Klutch Athletics | Navy Hoodie**

**Klutch Athletics | Black Shorts**

**Klutch Athletics | Navy Shorts**





Klutch Athletics | Black Coaches Jacket

Klutch Athletics | Green Coaches Jacket

**Klutch Athletics | Athletic Heather Crew**

**Klutch Athletics | Athletic Heather Sweatpants**

**Klutch Athletics | Black Coaches Jacket**

**Klutch Athletics | Green Coaches Jacket**

**VIEW ALL PRODUCTS**





**Menu**

Contact Us

FAQ

Terms of Service

Privacy Policy

**Newsletter**

Subscribe to receive updates, access to exclusive deals, and more.

Enter your email address

☐ I have read and agree to the Terms of Service and Privacy Policy

SUBSCRIBE

Document title: Klutch Shop
Capture URL: https://web.archive.org/web/20201125190658/https://www.klutchshop.com/
Capture timestamp (UTC): Mon, 09 Mar 2026 00:49:57 GMT