# EXHIBIT 2

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-08 21:00:59 EDT |
| **Mark:** | KLUTCH SPORTS GROUP |

Klutch Sports Group

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87097707 | **Application Filing Date:** | Jul. 08, 2016 |
| **US Registration Number:** | 5399022 | **Registration Date:** | Feb. 13, 2018 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** |  LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | A Sections 8 and 15 combined declaration has been accepted and acknowledged. |
| **Status Date:** | Sep. 02, 2024 |
| **Publication Date:** | Nov. 28, 2017 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KLUTCH SPORTS GROUP |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "SPORTS GROUP" |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Management of professional athletes | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Sep. 11, 2012 | **Use in Commerce:** | Sep. 11, 2012 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Klutch Sports Group, LLC. |
| **Owner Address:** | 9336 Civic Center Drive<br>Beverly Hills, CALIFORNIA UNITED STATES 90210 |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kim Cooper | **Docket Number:** | 126008010700 |
| **Attorney Primary Email Address:** | lvpto@gtlaw.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Kim Cooper<br>Greenberg Traurig, LLP<br>10845 Griffith Peak Drive<br>Suite 600<br>Las Vegas, NEVADA United States 89135 | | |
| **Phone:** | 7027923773 | **Fax:** | 7027929002 |
| **Correspondent e-mail:** | lvpto@gtlaw.com kim.cooper@gtlaw.com<br>claudia.ferrer@gtlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 14, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 14, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 14, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 18, 2025 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Sep. 02, 2024 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 02, 2024 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Sep. 02, 2024 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Feb. 13, 2024 | TEAS SECTION 8 & 15 RECEIVED | |
| Feb. 22, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 13, 2023 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Mar. 31, 2022 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 31, 2022 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Mar. 31, 2022 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Feb. 13, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 14, 2017 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 14, 2017 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 28, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 28, 2017 | PUBLISHED FOR OPPOSITION | |
| Nov. 08, 2017 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 25, 2017 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 24, 2017 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Apr. 24, 2017 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Oct. 18, 2016 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | |
| Oct. 18, 2016 | LETTER OF SUSPENSION E-MAILED | |

| | |
|---|---|
| Oct. 18, 2016 | SUSPENSION LETTER WRITTEN |
| Oct. 18, 2016 | ASSIGNED TO EXAMINER |
| Jul. 15, 2016 | NOTICE OF PSEUDO MARK E-MAILED |
| Jul. 14, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jul. 12, 2016 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | Historical data usage | Date in Location: | Sep. 02, 2024 |

## Assignment Abstract Of Title Information

**Summary**

[Conveyance Filter]

| | | | |
|---|---|---|---|
| Total Assignments: | 2 | Registrant: | Klutch Sports Group, LLC. |

### Assignment 1 of 2

| | |
|---|---|
| Conveyance: | TRADEMARK SECURITY AGREEMENT |
| Reel/Frame: | 7973/0605 |
| Pages: | 8 |
| Date Recorded: | Feb. 16, 2023 |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7973/0605 |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | KLUTCH SPORTS GROUP, LLC | Execution Date: | Feb. 15, 2023 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | JPMORGAN CHASE BANK, N.A. | | |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | UNITED STATES |
| Address: | MC: NY1-C413 BROOKLYN , NEW YORK 11245-0001 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | COURTNEY WELSHIMER, ESQ. |
| Correspondent Address: | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK, NY 10017 |

**Domestic Representative - Not Found**

### Assignment 2 of 2

| | |
|---|---|
| Conveyance: | TRADEMARK SECURITY AGREEMENT |
| Reel/Frame: | 8894/0652 |
| Pages: | 12 |
| Date Recorded: | Jun. 11, 2025 |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/8894/0652 |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | UNITED TALENT AGENCY, LLC | Execution Date: | Jun. 10, 2025 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |
| Name: | JAMES & COMPANY LLC | Execution Date: | Jun. 10, 2025 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | NEW YORK |

Feedback

| | | | |
|---|---|---|---|
| **Name:** | DBA MEDIA LLC | **Execution Date:** | Jun. 10, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW YORK |
| **Name:** | KLUTCH SPORTS GROUP, LLC | **Execution Date:** | Jun. 10, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | MEDIA LINK, LLC | **Execution Date:** | Jun. 10, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

**Assignee**

| | |
|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION |
| **State or Country Where Organized:** | UNITED STATES |
| **Address:** | WLS - DOCUMENT WORKFLOW MANAGEMENT CHICAGO , ILLINOIS 60603 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | MR. JAVIER JULIAN RAMOS |
| **Correspondent Address:** | 1850 K ST. NW SUITE 1100 WASHINGTON, DE 20006 |

**Domestic Representative - Not Found**

## Proceedings

| | |
|---|---|
| **Summary** | Party type / Proceeding type |
| **Number of Proceedings:** | 3 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91285809 | **Filing Date:** | Jun 29, 2023 |
| **Status:** | Terminated | **Status Date:** | Oct 12, 2023 |
| **Interlocutory Attorney:** | ASHLYN LEMBREE | | |

**Defendant**

| | |
|---|---|
| **Name:** | Nitro & Klutch, LLC |
| **Correspondent Address:** | YEN-SHYANG TSENG ESG LAW 2608 2ND AVE. #307 SEATTLE WA UNITED STATES , 98121 |
| **Correspondent e-mail:** | yst@esglaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NITRO & KLUTCH | | 97228283 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Klutch Sports Group, LLC |
| **Correspondent Address:** | CLAY A. TILLACK GREENBERG TRAURIG 10845 GRIFFITH PEAK DRIVE STE. 600, GREENBERG TRAURIG, LLP LAS VEGAS NV UNITED STATES , 89135 |
| **Correspondent e-mail:** | LVTTAB@gtlaw.com , tillackc@gtlaw.com , cooperk@gtlaw.com , strackk@gtlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

Case: 5:26-cv-00618-JPC  Doc #: 1-2  Filed: 03/16/26  6 of 17.  PageID #: 92

| Mark | Serial Number | Registration Number |
|---|---|---|
| KLUTCH | 88981133 | 6343533 |
| KLUTCH SPORTS GROUP | 87097707 | 5399022 |
| KLUTCH CONVERSATIONS | 97452896 | |
| KLUTCH | 88905277 | |
| KLUTCH ORIGINALS | 97012504 | |
| KLUTCH ATHLETICS | 97418928 | |
| KLUTCH ATHLETICS | 97571105 | |
| KLUTCH ATHLETICS | 97571079 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 12, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 12, 2023 | |
| 4 | NOTICE OF DEFAULT | Aug 19, 2023 | |
| 3 | INSTITUTED | Jun 29, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 29, 2023 | Aug 08, 2023 |
| 1 | FILED AND FEE | Jun 29, 2023 | |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| Proceeding Number: | 91283725 | Filing Date: | Mar 01, 2023 |
| Status: | Terminated | Status Date: | Jun 01, 2023 |
| Interlocutory Attorney: | ASHLEY D HAYES | | |

### Defendant

| | |
|---|---|
| Name: | Daniel L Rivera |
| Correspondent Address: | DANIEL L RIVERA<br>391 112TH AVE N APT 2210<br>ST PETERSBURG FL UNITED STATES , 33716 |
| Correspondent e-mail: | dannylrivera7384@gmail.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH GENES | | 97317148 | |

### Plaintiff(s)

| | |
|---|---|
| Name: | Klutch Sports Group, LLC |
| Correspondent Address: | CLAY A TILLACK<br>GREENBERG TRAURIG LLP<br>10845 GRIFFITH PEAK DRIVE STE 600<br>LAS VEGAS NV UNITED STATES , 89135 |
| Correspondent e-mail: | LVTTAB@gtlaw.com , clay.tillack@gtlaw.com , Kim.Cooper@gtlaw.com , Cynthia.Ney@gtlaw.com |

#### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH | | 88981133 | 6343533 |
| KLUTCH SPORTS GROUP | | 87097707 | 5399022 |
| KLUTCH | | 88905277 | |
| BE KLUTCH | | 97159691 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 01, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Jun 01, 2023 | |
| 4 | NOTICE OF DEFAULT | Apr 21, 2023 | |
| 3 | INSTITUTED | Mar 01, 2023 | |

Feedback

| | | | |
|---|---|---|---|
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 01, 2023 | Apr 10, 2023 |
| 1 | FILED AND FEE | Mar 01, 2023 | |

### Type of Proceeding: Opposition

| | |
|---|---|
| **Proceeding Number:** | **91278544** |
| **Status:** | Terminated |
| **Interlocutory Attorney:** | STEVEN W FERRELL |

| | |
|---|---|
| **Filing Date:** | Sep 14, 2022 |
| **Status Date:** | Feb 13, 2023 |

#### Defendant

| | |
|---|---|
| **Name:** | Klutch Softball |
| **Correspondent Address:** | BRIAN TOOKS<br>INVENTION PROTECTION ASSOCIATES, LLC<br>P.O. BOX 3913<br>SHAWNEE KS UNITED STATES , 66203 |
| **Correspondent e-mail:** | btooks@inventprotect.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH | | 97032424 | |

#### Plaintiff(s)

| | |
|---|---|
| **Name:** | Klutch Sports Group, LLC |
| **Correspondent Address:** | CLAY A. TILLACK<br>GREENBERG TRAURIG, LLP<br>10845 GRIFFITH PEAK DRIVE, SUITE 600<br>LAS VEGAS NV UNITED STATES , 89135 |
| **Correspondent e-mail:** | lvpto@gtlaw.com , clay.tillack@gtlaw.com , cooperk@gtlaw.com , strackk@gtlaw.com , gtipmail@gtlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH SPORTS GROUP | | 87097707 | 5399022 |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 15 | TERMINATED | Feb 13, 2023 | |
| 14 | BD DECISION: OPP DISMISSED W/O PREJ | Feb 13, 2023 | |
| 13 | W/DRAW OF APPLICATION | Feb 11, 2023 | |
| 12 | SUSPENDED | Feb 08, 2023 | |
| 11 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Feb 03, 2023 | |
| 10 | EXTENSION OF TIME GRANTED | Dec 09, 2022 | |
| 9 | P MOT FOR EXT W/ CONSENT | Dec 09, 2022 | |
| 8 | SUSPENDED | Nov 09, 2022 | |
| 7 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Nov 09, 2022 | |
| 6 | SUSPENDED | Oct 14, 2022 | |
| 5 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 14, 2022 | |
| 4 | P CHANGE OF CORRESP ADDRESS | Sep 20, 2022 | |
| 3 | INSTITUTED | Sep 14, 2022 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Sep 14, 2022 | Oct 24, 2022 |
| 1 | FILED AND FEE | Sep 14, 2022 | |

Feedback

# United States of America

### United States Patent and Trademark Office

# Klutch Sports Group

**Reg. No. 5,399,022**

**Registered Feb. 13, 2018**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Klutch Sports Group, LLC. (DELAWARE LIMITED LIABILITY COMPANY)
200 Public Square, Suite 2580
Cleveland, OHIO 44114

CLASS 35: Management of professional athletes

FIRST USE 9-11-2012; IN COMMERCE 9-11-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "SPORTS GROUP"

SER. NO. 87-097,707, FILED 07-08-2016



Director of the United States
Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Case: 5:26-cv-00618-JPC  Doc #: 1-2  Filed: 03/16/26  10 of 17.  PageID #: 96

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | Back to Search | | Print |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-08 21:02:52 EDT |
| **Mark:** | KLUTCH |

## KLUTCH

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88981133 | **Application Filing Date:** | May 07, 2020 |
| **US Registration Number:** | 6343533 | **Registration Date:** | May 04, 2021 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | | |
|---|---|---|
| **TM5 Common Status Descriptor:** |  | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |

| | |
|---|---|
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. |
| **Status Date:** | May 04, 2021 |

| | | | |
|---|---|---|---|
| **Publication Date:** | Oct. 13, 2020 | **Notice of Allowance Date:** | Dec. 08, 2020 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KLUTCH |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Child Of:** | 88905277 |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Hats, t-shirts, hoodies, pants, shirts, jackets, sweatpants, track pants, shorts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **First Use:** | Sep. 25, 2020 | **Use in Commerce:** | Sep. 25, 2020 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Klutch Sports Group, LLC |
| **Owner Address:** | 9336 Civic Center Drive<br>Beverly Hills, CALIFORNIA UNITED STATES 90210 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kim Cooper | **Docket Number:** | 126008010400 |
| **Attorney Primary Email Address:** | lvpto@gtlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Kim Cooper<br>Greenberg Traurig, LLP<br>10845 Griffith Peak Drive<br>Suite 600<br>Las Vegas, NEVADA United States 89135 | | |
| **Phone:** | 7027923773 | **Fax:** | 7027929002 |
| **Correspondent e-mail:** | lvpto@gtlaw.com kim.cooper@gtlaw.com claudia.ferrer@gtlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 14, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 14, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 14, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 18, 2025 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 22, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| May 04, 2021 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 01, 2021 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 31, 2021 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Mar. 31, 2021 | STATEMENT OF USE PROCESSING COMPLETE | |
| Feb. 05, 2021 | USE AMENDMENT FILED | |
| Mar. 31, 2021 | DIVISIONAL PROCESSING COMPLETE | |
| Feb. 05, 2021 | DIVISIONAL REQUEST RECEIVED | |
| Feb. 05, 2021 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Feb. 05, 2021 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 23, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Dec. 08, 2020 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 13, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 13, 2020 | PUBLISHED FOR OPPOSITION | |
| Sep. 23, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 04, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 04, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Sep. 04, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |

Case: 5:26-cv-00618-JPC  Doc #: 1-2  Filed: 03/16/26  12 of 17.  PageID #: 98

| Sep. 03, 2020 | TEAS REQUEST FOR RECONSIDERATION RECEIVED |
| Sep. 02, 2020 | NOTIFICATION OF FINAL REFUSAL EMAILED |
| Sep. 02, 2020 | FINAL REFUSAL E-MAILED |
| Sep. 02, 2020 | FINAL REFUSAL WRITTEN |
| Sep. 02, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Sep. 02, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Aug. 31, 2020 | ASSIGNED TO LIE |
| Aug. 11, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Aug. 03, 2020 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 03, 2020 | NON-FINAL ACTION E-MAILED |
| Aug. 03, 2020 | NON-FINAL ACTION WRITTEN |
| Aug. 03, 2020 | ASSIGNED TO EXAMINER |
| May 19, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| May 11, 2020 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Mar. 31, 2021 |

## Assignment Abstract Of Title Information

| Summary | | | Conveyance Filter |
|---|---|---|---|
| Total Assignments: | 2 | Registrant: | Klutch Sports Group, LLC |

### Assignment 1 of 2

| | | | |
|---|---|---|---|
| Conveyance: | TRADEMARK SECURITY AGREEMENT | | |
| Reel/Frame: | 7973/0605 | Pages: | 8 |
| Date Recorded: | Feb. 16, 2023 | | |
| Supporting Documents: | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7973/0605 | | |

**Assignor**

| | | | |
|---|---|---|---|
| Name: | KLUTCH SPORTS GROUP, LLC | Execution Date: | Feb. 15, 2023 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY | State or Country Where Organized: | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| Name: | JPMORGAN CHASE BANK, N.A. | | |
| Legal Entity Type: | NATIONAL BANKING ASSOCIATION | State or Country Where Organized: | UNITED STATES |
| Address: | MC: NY1-C413 BROOKLYN , NEW YORK 11245-0001 | | |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | COURTNEY WELSHIMER, ESQ. |
| Correspondent Address: | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK, NY 10017 |

**Domestic Representative - Not Found**

### Assignment 2 of 2

| | | | |
|---|---|---|---|
| Conveyance: | TRADEMARK SECURITY AGREEMENT | | |
| Reel/Frame: | 8894/0652 | Pages: | 12 |

Case: 5:26-cv-00618-JPC  Doc #: 1-2  Filed: 03/16/26  13 of 17.  PageID #: 99

| | |
|---|---|
| **Date Recorded:** | Jun. 11, 2025 |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/8894/0652 |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | UNITED TALENT AGENCY, LLC | **Execution Date:** | Jun. 10, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | JAMES & COMPANY LLC | **Execution Date:** | Jun. 10, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW YORK |
| **Name:** | DBA MEDIA LLC | **Execution Date:** | Jun. 10, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW YORK |
| **Name:** | KLUTCH SPORTS GROUP, LLC | **Execution Date:** | Jun. 10, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | MEDIA LINK, LLC | **Execution Date:** | Jun. 10, 2025 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | CALIFORNIA |

**Assignee**

| | |
|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A., AS ADMINISTRATIVE AGENT |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION |
| **State or Country Where Organized:** | UNITED STATES |
| **Address:** | WLS - DOCUMENT WORKFLOW MANAGEMENT CHICAGO , ILLINOIS 60603 |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | MR. JAVIER JULIAN RAMOS |
| **Correspondent Address:** | 1850 K ST. NW SUITE 1100 WASHINGTON, DE 20006 |

**Domestic Representative - Not Found**

## Proceedings

| **Summary** | Party type | Proceeding type |
|---|---|---|

| | |
|---|---|
| **Number of Proceedings:** | 2 |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91285809 | **Filing Date:** | Jun 29, 2023 |
| **Status:** | Terminated | **Status Date:** | Oct 12, 2023 |
| **Interlocutory Attorney:** | ASHLYN LEMBREE | | |

**Defendant**

| | |
|---|---|
| **Name:** | Nitro & Klutch, LLC |
| **Correspondent Address:** | YEN-SHYANG TSENG ESG LAW 2608 2ND AVE. #307 SEATTLE WA UNITED STATES , 98121 |
| **Correspondent e-mail:** | yst@esglaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

NITRO & KLUTCH                                                                  97228283

| Plaintiff(s) | | | |
|---|---|---|---|
| **Name:** | Klutch Sports Group, LLC | | |
| **Correspondent Address:** | CLAY A. TILLACK<br>GREENBERG TRAURIG<br>10845 GRIFFITH PEAK DRIVE STE. 600, GREENBERG TRAURIG, LLP<br>LAS VEGAS NV UNITED STATES , 89135 | | |
| **Correspondent e-mail:** | LVTTAB@gtlaw.com , tillackc@gtlaw.com , cooperk@gtlaw.com , strackk@gtlaw.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH | | 88981133 | 6343533 |
| KLUTCH SPORTS GROUP | | 87097707 | 5399022 |
| KLUTCH CONVERSATIONS | | 97452896 | |
| KLUTCH | | 88905277 | |
| KLUTCH ORIGINALS | | 97012504 | |
| KLUTCH ATHLETICS | | 97418928 | |
| KLUTCH ATHLETICS | | 97571105 | |
| KLUTCH ATHLETICS | | 97571079 | |

| Prosecution History | | | |
|---|---|---|---|
| **Entry Number** | **History Text** | **Date** | **Due Date** |
| 6 | TERMINATED | Oct 12, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 12, 2023 | |
| 4 | NOTICE OF DEFAULT | Aug 19, 2023 | |
| 3 | INSTITUTED | Jun 29, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 29, 2023 | Aug 08, 2023 |
| 1 | FILED AND FEE | Jun 29, 2023 | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91283725 | **Filing Date:** | Mar 01, 2023 |
| **Status:** | Terminated | **Status Date:** | Jun 01, 2023 |
| **Interlocutory Attorney:** | ASHLEY D HAYES | | |

| Defendant | | | |
|---|---|---|---|
| **Name:** | Daniel L Rivera | | |
| **Correspondent Address:** | DANIEL L RIVERA<br>391 112TH AVE N APT 2210<br>ST PETERSBURG FL UNITED STATES , 33716 | | |
| **Correspondent e-mail:** | dannylrivera7384@gmail.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH GENES | | 97317148 | |

| Plaintiff(s) | | | |
|---|---|---|---|
| **Name:** | Klutch Sports Group, LLC | | |
| **Correspondent Address:** | CLAY A TILLACK<br>GREENBERG TRAURIG LLP<br>10845 GRIFFITH PEAK DRIVE STE 600<br>LAS VEGAS NV UNITED STATES , 89135 | | |
| **Correspondent e-mail:** | LVTTAB@gtlaw.com , clay.tillack@gtlaw.com , Kim.Cooper@gtlaw.com , Cynthia.Ney@gtlaw.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

Feedback

Trademark Status & Document Retrieval

| KLUTCH | | 88981133 | 6343533 |
|---|---|---|---|
| KLUTCH SPORTS GROUP | | 87097707 | 5399022 |
| KLUTCH | | 88905277 | |
| BE KLUTCH | | 97159691 | |

## Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Jun 01, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Jun 01, 2023 | |
| 4 | NOTICE OF DEFAULT | Apr 21, 2023 | |
| 3 | INSTITUTED | Mar 01, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Mar 01, 2023 | Apr 10, 2023 |
| 1 | FILED AND FEE | Mar 01, 2023 | |

Feedback

# United States of America

### United States Patent and Trademark Office

# KLUTCH

**Reg. No. 6,343,533**

**Registered May 04, 2021**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Klutch Sports Group, LLC  (DELAWARE LIMITED LIABILITY COMPANY)
9336 Civic Center Drive
Beverly Hills, CALIFORNIA 90210

CLASS 25: Hats, t-shirts, hoodies, pants, shirts, jackets, sweatpants, track pants, shorts

FIRST USE 9-25-2020; IN COMMERCE 9-25-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-981,133, FILED 05-07-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You  must  file  a  Declaration  of  Use  (or  Excusable  Nonuse)  and  an  Application for  Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees  and  requirements  for  maintaining  registrations  are  subject  to  change.  Please  check  the USPTO  website  for  further  information.  With  the  exception  of  renewal  applications  for  registered extensions  of  protection,  you  can  file  the  registration  maintenance  documents  referenced  above  online  at** http://www.uspto.gov.

**NOTE:  A  courtesy  e-mail  reminder  of  USPTO  maintenance  filing  deadlines  will  be  sent  to  trademark owners/holders  who  authorize  e-mail  communication  and  maintain  a  current  e-mail  address  with  the USPTO.  To  ensure  that  e-mail  is  authorized  and  your  address  is  current,  please  use  the  Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.