# EXHIBIT 3

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**     **DOCUMENTS**                                                    **Back to Search**          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-06 17:18:59 EST |
| **Mark:** | KLUTCH |

## KLUTCH

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98481935 | **Application Filing Date:** | Apr. 03, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |



**TM5 Common Status Descriptor:**

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

| | | | |
|---|---|---|---|
| **Status:** | A first request for extension of time to file a Statement of Use has been granted. | | |
| **Status Date:** | Aug. 18, 2025 | | |
| **Publication Date:** | Dec. 24, 2024 | **Notice of Allowance Date:** | Feb. 18, 2025 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KLUTCH |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 6343533 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Footwear | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

Feedback

| | |
|---|---|
| **Owner Name:** | Klutch Sports Group, LLC |
| **Owner Address:** | 9336 Civic Center Drive<br>Beverly Hills, CALIFORNIA UNITED STATES 90210 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

| | |
|---|---|
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kim Cooper | **Docket Number:** | 126008010200 |
| **Attorney Primary Email Address:** | lvpto@gtlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Kim Cooper<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive<br>Suite 600<br>LAS VEGAS, NEVADA United States 89135 |
| **Phone:** | 702-792-3773 |
| **Correspondent e-mail:** | lvpto@gtlaw.com kim.cooper@gtlaw.com claudia.ferrer@gtlaw.com |

| | |
|---|---|
| **Fax:** | 702-792-9002 |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 19, 2025 | TEAS STATEMENT OF USE RECEIVED | |
| Aug. 19, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 14, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 14, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 14, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 18, 2025 | SOU EXTENSION 1 GRANTED | |
| Aug. 18, 2025 | SOU EXTENSION 1 FILED | |
| Aug. 18, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Feb. 18, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 24, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 24, 2024 | PUBLISHED FOR OPPOSITION | |
| Dec. 18, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Oct. 18, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 16, 2024 | ASSIGNED TO EXAMINER | 95882 |
| Sep. 08, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Apr. 03, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | ARRISON, RACHEL MARIE | **Law Office Assigned:** | LAW OFFICE 106 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Feb. 18, 2025 |

## Assignment Abstract Of Title Information - None recorded

**Proceedings - None recorded**

Feedback

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**     **DOCUMENTS**                                    **Back to Search**          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-06 17:22:34 EST |
| **Mark:** | KLUTCH |



klutch

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98481932 | **Application Filing Date:** | Apr. 03, 2024 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Under Examination | |
| | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. | |
| **Status:** | A first request for extension of time to file a Statement of Use has been granted. | | |
| **Status Date:** | Sep. 05, 2025 | | |
| **Publication Date:** | Jan. 07, 2025 | **Notice of Allowance Date:** | Mar. 04, 2025 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KLUTCH |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S)/LETTER(S)/NUMBER(S) IN STYLIZED FORM |
| **Description of Mark:** | The mark consists of the stylized word "KLUTCH" with a stylized incomplete letter "K". |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 6343533 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Clothing, namely, tops as clothing, bottoms as clothing, headwear, undergarments, sleepwear, swimwear, hosiery, socks, ties as clothing, scarfs, sweaters, sweatshirts, vests, dresses, jumpsuits, leg warmers, arm warmers, ear warmers, headbands, outerwear, namely, coats, jackets, and gloves; and footwear |
| **International Class(es):** | 025 - Primary Class |
| **Class Status:** | ACTIVE |

| | |
|---|---|
| **U.S Class(es):** | 022, 039 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |

Feedback

|  |  |  |  |
|---|---|---|---|
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Klutch Sports Group, LLC |
| **Owner Address:** | 9336 Civic Center Drive<br>Beverly Hills, CALIFORNIA UNITED STATES 90210 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kim Cooper | **Docket Number:** | 126008010200 |
| **Attorney Primary Email Address:** | lvpto@gtlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Kim Cooper<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive<br>Suite 600<br>LAS VEGAS, NEVADA United States 89135 | | |
| **Phone:** | 702-792-3773 | **Fax:** | 702-792-9002 |
| **Correspondent e-mail:** | lvpto@gtlaw.com kim.cooper@gtlaw.com<br>claudia.ferrer@gtlaw.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 03, 2026 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 15, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 05, 2025 | SOU EXTENSION 1 GRANTED | |
| Sep. 04, 2025 | SOU EXTENSION 1 FILED | |
| Sep. 04, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 14, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 14, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 14, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 04, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 07, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 07, 2025 | PUBLISHED FOR OPPOSITION | |
| Jan. 01, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 11, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 14, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Nov. 14, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Nov. 14, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 22, 2024 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 22, 2024 | NON-FINAL ACTION E-MAILED | |
| Oct. 22, 2024 | NON-FINAL ACTION WRITTEN | |
| Oct. 16, 2024 | ASSIGNED TO EXAMINER | 95882 |

Feedback

| | |
|---|---|
| Sep. 09, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Apr. 03, 2024 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | ARRISON, RACHEL MARIE | **Law Office Assigned:** | LAW OFFICE 106 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Mar. 04, 2025 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

Feedback

> **For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**  **DOCUMENTS**                                    **Back to Search**        Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-08 21:32:06 EDT |
| **Mark:** | KLUTCH ATHLETICS |

# KLUTCH ATHLETICS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97571105 | **Application Filing Date:** | Aug. 30, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** |  LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | A first request for extension of time to file a Statement of Use has been granted. |
| **Status Date:** | Nov. 26, 2025 |
| **Publication Date:** | Apr. 01, 2025 |
| **Notice of Allowance Date:** | May 27, 2025 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KLUTCH ATHLETICS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "ATHLETICS" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | **6343533** |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Health club services, namely, providing instruction and equipment in the field of physical exercise; physical fitness studio services, namely, providing group exercise instruction, equipment and facilities; physical fitness training services for personal use via non-downloadable streaming videos; educational services, namely, live seminars, classes, and programs in the field of physical fitness training and exercise; Conducting fitness classes; instruction in physical fitness; personal trainer services, in the nature of fitness training; physical fitness instruction; physical fitness training services; providing online non-downloadable visual and audio recordings featuring entertainment content, information, instruction in the fields of health, fitness, nutrition, wellness, personal care, and lifestyle, including recordings provided via blogs and software applications; dietary education services, namely, providing education courses, namely, seminars, workshops in the fields of health and diet, and the health benefits of particular pre-prepared recipes and meal plans; publication of online articles and diaries in the nature of blogs, the foregoing in the fields of health, fitness, nutrition, wellness, personal care and lifestyle; publishing of information relating to publishing of digital video, audio, and multimedia publications on a wide range of topics related to health, fitness, nutrition, wellness, personal care, and lifestyle, including publications in the nature of articles, the foregoing including content provided online, via software applications, and via blogs; providing information, including providing online information, about the field of education, physical fitness training, entertainment, and information about organizing community sporting and cultural activities; providing information, including providing online information, about physical fitness culture; providing online non-downloadable videos featuring entertainment content, information, instruction, news, recipes in the fields of health, nutrition, wellness, personal care, fitness and lifestyle; providing online non-downloadable electronic publications in the nature of books and magazines in the field of health, fitness, nutrition, wellness, personal care, and lifestyle; Providing a website featuring information, blogs, and non-

downloadable publications in the nature of articles, interviews, and programming in the fields of exercise, physical fitness, health, and wellness

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Klutch Sports Group, LLC | | |
| **Owner Address:** | 9336 Civic Center Drive<br>Beverly Hills, CALIFORNIA UNITED STATES 90210 | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kim Cooper | **Docket Number:** | 126008015800 |
| **Attorney Primary Email Address:** | **lvpto@gtlaw.com** | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Kim Cooper<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive<br>Suite 600<br>LAS VEGAS, NEVADA United States 89135 | | |
| **Phone:** | 702-792-3773 | **Fax:** | 702-792-9002 |
| **Correspondent e-mail:** | **lvpto@gtlaw.com kim.cooper@gtlaw.com claudia.ferrer@gtlaw.com** | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 26, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 26, 2025 | SOU EXTENSION 1 GRANTED | |
| Nov. 25, 2025 | SOU EXTENSION 1 FILED | |
| Nov. 25, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 14, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 14, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 14, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 27, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 01, 2025 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |

| Apr. 01, 2025 | PUBLISHED FOR OPPOSITION |
| Mar. 26, 2025 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Mar. 08, 2025 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 14, 2025 | SUSPENSION CHECKED - TO ATTORNEY FOR ACTION |
| Jul. 16, 2024 | ASSIGNED TO EXAMINER |
| Feb. 19, 2024 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED |
| Feb. 19, 2024 | LETTER OF SUSPENSION E-MAILED |
| Feb. 19, 2024 | SUSPENSION LETTER WRITTEN |
| Jan. 23, 2024 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jan. 22, 2024 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 22, 2024 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Nov. 21, 2023 | APPLICATION EXTENSION GRANTED/RECEIPT PROVIDED |
| Nov. 21, 2023 | APPLICATION EXTENSION TO RESPONSE PERIOD - RECEIVED |
| Aug. 22, 2023 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 22, 2023 | NON-FINAL ACTION E-MAILED |
| Aug. 22, 2023 | NON-FINAL ACTION WRITTEN |
| Jun. 15, 2023 | ASSIGNED TO EXAMINER |
| Feb. 22, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY |
| Sep. 17, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Sep. 02, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | LEE, OLIVIA SUNMIN | **Law Office Assigned:** | LAW OFFICE 128 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | May 27, 2025 |

## Assignment Abstract Of Title Information

| **Summary** | | | **Conveyance Filter** |
|---|---|---|---|
| **Total Assignments:** | 1 | **Applicant:** | Klutch Sports Group, LLC |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| **Conveyance:** | TRADEMARK SECURITY AGREEMENT | | |
| **Reel/Frame:** | 7973/0605 | **Pages:** | 8 |
| **Date Recorded:** | Feb. 16, 2023 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7973/0605 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | KLUTCH SPORTS GROUP, LLC | **Execution Date:** | Feb. 15, 2023 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A. | **State or Country Where Organized:** | UNITED STATES |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | | |
| **Address:** | MC: NY1-C413 BROOKLYN , NEW YORK 11245-0001 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | COURTNEY WELSHIMER, ESQ. |

| Correspondent Address: | SIMPSON THACHER & BARTLETT LLP |
| | 425 LEXINGTON AVENUE |
| | NEW YORK, NY 10017 |

**Domestic Representative - Not Found**

## Proceedings

### Summary

| | Party type | Proceeding type |
|---|---|---|

**Number of Proceedings:** 1

### Type of Proceeding: Opposition

| Proceeding Number: | 91285809 | Filing Date: | Jun 29, 2023 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Oct 12, 2023 |
| Interlocutory Attorney: | ASHLYN LEMBREE | | |

#### Defendant

| Name: | Nitro & Klutch, LLC |
|---|---|
| Correspondent Address: | YEN-SHYANG TSENG |
| | ESG LAW |
| | 2608 2ND AVE. #307 |
| | SEATTLE WA UNITED STATES , 98121 |
| Correspondent e-mail: | yst@esglaw.com |

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NITRO & KLUTCH | | 97228283 | |

#### Plaintiff(s)

| Name: | Klutch Sports Group, LLC |
|---|---|
| Correspondent Address: | CLAY A. TILLACK |
| | GREENBERG TRAURIG |
| | 10845 GRIFFITH PEAK DRIVE STE. 600, GREENBERG TRAURIG, LLP |
| | LAS VEGAS NV UNITED STATES , 89135 |
| Correspondent e-mail: | LVTTAB@gtlaw.com , tillackc@gtlaw.com , cooperk@gtlaw.com , strackk@gtlaw.com |

Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH | | 88981133 | 6343533 |
| KLUTCH SPORTS GROUP | | 87097707 | 5399022 |
| KLUTCH CONVERSATIONS | | 97452896 | |
| KLUTCH | | 88905277 | |
| KLUTCH ORIGINALS | | 97012504 | |
| KLUTCH ATHLETICS | | 97418928 | |
| KLUTCH ATHLETICS | | 97571105 | |
| KLUTCH ATHLETICS | | 97571079 | |

#### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 12, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 12, 2023 | |
| 4 | NOTICE OF DEFAULT | Aug 19, 2023 | |
| 3 | INSTITUTED | Jun 29, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 29, 2023 | Aug 08, 2023 |
| 1 | FILED AND FEE | Jun 29, 2023 | |

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | | Back to Search | Print |
|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-08 21:33:34 EDT |
| **Mark:** | KLUTCH ATHLETICS |

KLUTCH ATHLETICS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97418928 | **Application Filing Date:** | May 19, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** |  |

LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

| | | | |
|---|---|---|---|
| **Status:** | A fifth request for extension of time to file a Statement of Use has been granted. | | |
| **Status Date:** | Mar. 03, 2026 | | |
| **Publication Date:** | Apr. 04, 2023 | **Notice of Allowance Date:** | May 30, 2023 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KLUTCH ATHLETICS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "ATHLETICS" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 6343533 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Clothing, namely clothing jackets, athletic gloves, paper hats for use as clothing items, base layers, jackets incorporating backpacks, baseball caps and hats, uniforms, swimwear, headwear, hats, caps being headwear, footwear, sleepwear, shoes, underwear, padded shirts, padded pants, padded shorts, shirts, clothing as head wraps, clothing jerseys, tops as clothing, t-shirts, shorts, bottoms as clothing, trousers, leg-warmers and arm-warmers as clothing, gloves, scarves, neck tubes, coats, vests, sweaters, sweat shirts, sweat pants, hooded sweat shirts, sweat suits, anti-sweat underclothing and sweat bands |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |

Case: 5:26-cv-00618-JPC  Doc #: 1-3  Filed: 03/16/26  13 of 22.  PageID #: 116

| | | | |
|---|---|---|---|
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Klutch Sports Group, LLC |
| **Owner Address:** | 9336 Civic Center Drive<br>Beverly Hills, CALIFORNIA UNITED STATES 90210 |

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kim Cooper | **Docket Number:** | 126008014700 |
| **Attorney Primary Email Address:** | **lvpto@gtlaw.com** | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Kim Cooper<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive<br>Suite 600<br>LAS VEGAS, NEVADA United States 89135 |

| | | | |
|---|---|---|---|
| **Phone:** | 702-792-3773 | **Fax:** | 702-792-9002 |
| **Correspondent e-mail:** | **lvpto@gtlaw.com kim.cooper@gtlaw.com**<br>**claudia.ferrer@gtlaw.com** | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 04, 2026 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 03, 2026 | SOU EXTENSION 5 GRANTED | |
| Nov. 25, 2025 | SOU EXTENSION 5 FILED | |
| Nov. 25, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Nov. 25, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 15, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Aug. 14, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 14, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 14, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 31, 2025 | SOU EXTENSION 4 GRANTED | |
| May 30, 2025 | SOU EXTENSION 4 FILED | |
| May 30, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 03, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Nov. 30, 2024 | SOU EXTENSION 3 GRANTED | |
| Nov. 29, 2024 | SOU EXTENSION 3 FILED | |
| Nov. 29, 2024 | SOU TEAS EXTENSION RECEIVED | |
| May 29, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| May 28, 2024 | SOU EXTENSION 2 GRANTED | 88889 |
| May 28, 2024 | SOU EXTENSION 2 FILED | 88889 |
| May 28, 2024 | SOU TEAS EXTENSION RECEIVED | |

Case: 5:26-cv-00618-JPC  Doc #: 1-3  Filed: 03/16/26  14 of 22.  PageID #: 117

| Dec. 01, 2023 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED |
|---|---|
| Nov. 30, 2023 | SOU EXTENSION 1 GRANTED |
| Nov. 30, 2023 | SOU EXTENSION 1 FILED |
| Nov. 30, 2023 | SOU TEAS EXTENSION RECEIVED |
| May 30, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Apr. 04, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Apr. 04, 2023 | PUBLISHED FOR OPPOSITION |
| Mar. 15, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Feb. 27, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Feb. 24, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Feb. 24, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Feb. 24, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Feb. 22, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY |
| Aug. 30, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Aug. 30, 2022 | NON-FINAL ACTION E-MAILED |
| Aug. 30, 2022 | NON-FINAL ACTION WRITTEN |
| Aug. 29, 2022 | ASSIGNED TO EXAMINER |
| May 25, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| May 23, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | MCMORROW, JANICE LEE | **Law Office Assigned:** | LAW OFFICE 115 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | May 30, 2023 |

## Assignment Abstract Of Title Information

| **Summary** | | **Conveyance Filter** |
|---|---|---|
| **Total Assignments:** 1 | | **Applicant:** Klutch Sports Group, LLC |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| **Conveyance:** | TRADEMARK SECURITY AGREEMENT | | |
| **Reel/Frame:** | 7973/0605 | **Pages:** | 8 |
| **Date Recorded:** | Feb. 16, 2023 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7973/0605 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | KLUTCH SPORTS GROUP, LLC | **Execution Date:** | Feb. 15, 2023 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A. | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | MC: NY1-C413 BROOKLYN , NEW YORK 11245-0001 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | COURTNEY WELSHIMER, ESQ. |
| **Correspondent Address:** | SIMPSON THACHER & BARTLETT LLP |

Case: 5:26-cv-00618-JPC  Doc #: 1-3  Filed: 03/16/26  15 of 22.  PageID #: 118

425 LEXINGTON AVENUE
NEW YORK, NY 10017

**Domestic Representative - Not Found**

## Proceedings

| Summary | Party type | Proceeding type |
|---|---|---|
| **Number of Proceedings:** 1 | | |

### Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91285809 | **Filing Date:** | Jun 29, 2023 |
| **Status:** | Terminated | **Status Date:** | Oct 12, 2023 |
| **Interlocutory Attorney:** | ASHLYN LEMBREE | | |

**Defendant**

| | |
|---|---|
| **Name:** | Nitro & Klutch, LLC |
| **Correspondent Address:** | YEN-SHYANG TSENG<br>ESG LAW<br>2608 2ND AVE. #307<br>SEATTLE WA UNITED STATES , 98121 |
| **Correspondent e-mail:** | yst@esglaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NITRO & KLUTCH | | 97228283 | |

**Plaintiff(s)**

| | |
|---|---|
| **Name:** | Klutch Sports Group, LLC |
| **Correspondent Address:** | CLAY A. TILLACK<br>GREENBERG TRAURIG<br>10845 GRIFFITH PEAK DRIVE STE. 600, GREENBERG TRAURIG, LLP<br>LAS VEGAS NV UNITED STATES , 89135 |
| **Correspondent e-mail:** | LVTTAB@gtlaw.com , tillackc@gtlaw.com , cooperk@gtlaw.com , strackk@gtlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH | | 88981133 | 6343533 |
| KLUTCH SPORTS GROUP | | 87097707 | 5399022 |
| KLUTCH CONVERSATIONS | | 97452896 | |
| KLUTCH | | 88905277 | |
| KLUTCH ORIGINALS | | 97012504 | |
| KLUTCH ATHLETICS | | 97418928 | |
| KLUTCH ATHLETICS | | 97571105 | |
| KLUTCH ATHLETICS | | 97571079 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 12, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 12, 2023 | |
| 4 | NOTICE OF DEFAULT | Aug 19, 2023 | |
| 3 | INSTITUTED | Jun 29, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 29, 2023 | Aug 08, 2023 |
| 1 | FILED AND FEE | Jun 29, 2023 | |

Feedback

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | | Back to Search | | Print |
|---|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-08 21:35:06 EDT |
| **Mark:** | KLUTCH ATHLETICS |

KLUTCH ATHLETICS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97571079 | **Application Filing Date:** | Aug. 30, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

| | |
|---|---|
| **Status:** | A fourth request for extension of time to file a Statement of Use has been granted. |
| **Status Date:** | Sep. 19, 2025 |

| | | | |
|---|---|---|---|
| **Publication Date:** | Jul. 25, 2023 | **Notice of Allowance Date:** | Sep. 19, 2023 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KLUTCH ATHLETICS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "ATHLETICS" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | 6343533 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Socks | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Klutch Sports Group, LLC |
| Owner Address: | 9336 Civic Center Drive<br>Beverly Hills, CALIFORNIA UNITED STATES 90210 |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |

| | |
|---|---|
| State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Kim Cooper | Docket Number: | 126008016300 |
| Attorney Primary Email Address: | lvpto@gtlaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | Kim Cooper<br>GREENBERG TRAURIG, LLP<br>10845 Griffith Peak Drive<br>Suite 600<br>LAS VEGAS, NEVADA United States 89135 |
| Phone: | 702-792-3773 |
| Correspondent e-mail: | lvpto@gtlaw.com kim.cooper@gtlaw.com claudia.ferrer@gtlaw.com |

| | |
|---|---|
| Fax: | 702-792-9002 |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 20, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 19, 2025 | SOU EXTENSION 4 GRANTED | |
| Sep. 19, 2025 | SOU EXTENSION 4 FILED | |
| Sep. 19, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 14, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 14, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 14, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 20, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 20, 2025 | SOU EXTENSION 3 GRANTED | |
| Mar. 19, 2025 | SOU EXTENSION 3 FILED | |
| Mar. 19, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 18, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 19, 2024 | SOU EXTENSION 2 GRANTED | |
| Sep. 19, 2024 | SOU EXTENSION 2 FILED | |
| Sep. 18, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 19, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 18, 2024 | SOU EXTENSION 1 GRANTED | |
| Mar. 18, 2024 | SOU EXTENSION 1 FILED | |
| Mar. 18, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 19, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 25, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 25, 2023 | PUBLISHED FOR OPPOSITION | |

| Jul. 05, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Jun. 22, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 21, 2023 | EXAMINER'S AMENDMENT ENTERED |
| Jun. 21, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Jun. 21, 2023 | EXAMINERS AMENDMENT E-MAILED |
| Jun. 21, 2023 | EXAMINERS AMENDMENT -WRITTEN |
| Jun. 15, 2023 | ASSIGNED TO EXAMINER |
| Feb. 22, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY |
| Sep. 17, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Sep. 02, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information**

| | |
|---|---|
| **TM Attorney:** | **Law Office Assigned:** LAW OFFICE 128 |

**File Location**

| | |
|---|---|
| **Current Location:** INTENT TO USE SECTION | **Date in Location:** Sep. 19, 2023 |

## Assignment Abstract Of Title Information

**Summary**

**Conveyance Filter**

| | |
|---|---|
| **Total Assignments:** 1 | **Applicant:** Klutch Sports Group, LLC |

### Assignment 1 of 1

| | | |
|---|---|---|
| **Conveyance:** | TRADEMARK SECURITY AGREEMENT | |
| **Reel/Frame:** | 7973/0605 | **Pages:** 8 |
| **Date Recorded:** | Feb. 16, 2023 | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7973/0605 | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | KLUTCH SPORTS GROUP, LLC | **Execution Date:** | Feb. 15, 2023 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | JPMORGAN CHASE BANK, N.A. | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | MC: NY1-C413 BROOKLYN , NEW YORK 11245-0001 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | COURTNEY WELSHIMER, ESQ. |
| **Correspondent Address:** | SIMPSON THACHER & BARTLETT LLP 425 LEXINGTON AVENUE NEW YORK, NY 10017 |

**Domestic Representative - Not Found**

## Proceedings

**Summary**

| | | |
|---|---|---|
| | **Party type** | **Proceeding type** |
| **Number of Proceedings:** 1 | | |

**Type of Proceeding: Opposition**

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91285809 | **Filing Date:** | Jun 29, 2023 |
| **Status:** | Terminated | **Status Date:** | Oct 12, 2023 |
| **Interlocutory Attorney:** | ASHLYN LEMBREE | | |

### Defendant

| | |
|---|---|
| **Name:** | Nitro & Klutch, LLC |
| **Correspondent Address:** | YEN-SHYANG TSENG<br>ESG LAW<br>2608 2ND AVE. #307<br>SEATTLE WA UNITED STATES , 98121 |
| **Correspondent e-mail:** | yst@esglaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| NITRO & KLUTCH | | 97228283 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Klutch Sports Group, LLC |
| **Correspondent Address:** | CLAY A. TILLACK<br>GREENBERG TRAURIG<br>10845 GRIFFITH PEAK DRIVE STE. 600, GREENBERG TRAURIG, LLP<br>LAS VEGAS NV UNITED STATES , 89135 |
| **Correspondent e-mail:** | LVTTAB@gtlaw.com , tillackc@gtlaw.com , cooperk@gtlaw.com , strackk@gtlaw.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| KLUTCH | | 88981133 | 6343533 |
| KLUTCH SPORTS GROUP | | 87097707 | 5399022 |
| KLUTCH CONVERSATIONS | | 97452896 | |
| KLUTCH | | 88905277 | |
| KLUTCH ORIGINALS | | 97012504 | |
| KLUTCH ATHLETICS | | 97418928 | |
| KLUTCH ATHLETICS | | 97571105 | |
| KLUTCH ATHLETICS | | 97571079 | |

### Prosecution History

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 6 | TERMINATED | Oct 12, 2023 | |
| 5 | BD DECISION: OPP SUSTAINED | Oct 12, 2023 | |
| 4 | NOTICE OF DEFAULT | Aug 19, 2023 | |
| 3 | INSTITUTED | Jun 29, 2023 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Jun 29, 2023 | Aug 08, 2023 |
| 1 | FILED AND FEE | Jun 29, 2023 | |

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | | **Back to Search** | Print |
|---|---|---|---|---|

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-03-08 21:35:51 EDT |
| **Mark:** | KLUTCH ATHLETICS |

**KLUTCH ATHLETICS**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97571110 | **Application Filing Date:** | Aug. 30, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Under Examination | |
| | | The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. | |
| **Status:** | A fourth request for extension of time to file a Statement of Use has been granted. | | |
| **Status Date:** | Sep. 19, 2025 | | |
| **Publication Date:** | Jul. 25, 2023 | **Notice of Allowance Date:** | Sep. 19, 2023 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | KLUTCH ATHLETICS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "ATHLETICS" |

## Related Properties Information

| | |
|---|---|
| **Claimed Ownership of US Registrations:** | **6343533** |

## Goods and Services

**Note:**

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | |
|---|---|
| **For:** | Advisory services relating to health, namely, consulting services in the field of health, diet and nutrition; Advisory services relating to nutrition, namely, food nutrition consultation; Nutritional advisory services, namely, consulting services relating to diet and nutrition; Providing a website featuring information about health, wellness, and nutrition |
| **International Class(es):** | 044 - Primary Class |
| **Class Status:** | ACTIVE |

(right margin: Feedback)

U.S Class(es): 100, 101

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | |
|---|---|
| **Filed No Basis:** No | **Currently No Basis:** No |

## Current Owner(s) Information

**Owner Name:** Klutch Sports Group, LLC

**Owner Address:** 9336 Civic Center Drive
Beverly Hills, CALIFORNIA UNITED STATES 90210

**Legal Entity Type:** LIMITED LIABILITY COMPANY

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Kim Cooper

**Docket Number:** 126008015700

**Attorney Primary Email Address:** lvpto@gtlaw.com

**Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Kim Cooper
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Suite 600
LAS VEGAS, NEVADA United States 89135

**Phone:** 702-792-3773

**Fax:** 702-792-9002

**Correspondent e-mail:** lvpto@gtlaw.com kim.cooper@gtlaw.com
claudia.ferrer@gtlaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 20, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 19, 2025 | SOU EXTENSION 4 GRANTED | |
| Sep. 19, 2025 | SOU EXTENSION 4 FILED | |
| Sep. 19, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Aug. 14, 2025 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Aug. 14, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 14, 2025 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Aug. 14, 2025 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 20, 2025 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 20, 2025 | SOU EXTENSION 3 GRANTED | |
| Mar. 19, 2025 | SOU EXTENSION 3 FILED | |
| Mar. 19, 2025 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 18, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 19, 2024 | SOU EXTENSION 2 GRANTED | |
| Sep. 19, 2024 | SOU EXTENSION 2 FILED | |
| Sep. 18, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Mar. 19, 2024 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 18, 2024 | SOU EXTENSION 1 GRANTED | |
| Mar. 18, 2024 | SOU EXTENSION 1 FILED | |
| Mar. 18, 2024 | SOU TEAS EXTENSION RECEIVED | |
| Sep. 19, 2023 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jul. 25, 2023 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |

| | |
|---|---|
| Jul. 25, 2023 | PUBLISHED FOR OPPOSITION |
| Jul. 05, 2023 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Jun. 22, 2023 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jun. 21, 2023 | EXAMINER'S AMENDMENT ENTERED |
| Jun. 21, 2023 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Jun. 21, 2023 | EXAMINERS AMENDMENT E-MAILED |
| Jun. 21, 2023 | EXAMINERS AMENDMENT -WRITTEN |
| Jun. 15, 2023 | ASSIGNED TO EXAMINER |
| Feb. 22, 2023 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY |
| Sep. 17, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Sep. 02, 2022 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | | **Law Office Assigned:** | LAW OFFICE 128 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | INTENT TO USE SECTION | **Date in Location:** | Sep. 19, 2023 |

## Assignment Abstract Of Title Information

**Summary**

**Conveyance Filter**

| | | | |
|---|---|---|---|
| **Total Assignments:** | 1 | **Applicant:** | Klutch Sports Group, LLC |

**Assignment 1 of 1**

| | | | |
|---|---|---|---|
| **Conveyance:** | TRADEMARK SECURITY AGREEMENT | | |
| **Reel/Frame:** | **7973/0605** | **Pages:** | 8 |
| **Date Recorded:** | Feb. 16, 2023 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7973/0605 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **KLUTCH SPORTS GROUP, LLC** | **Execution Date:** | Feb. 15, 2023 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **JPMORGAN CHASE BANK, N.A.** | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | MC: NY1-C413<br>BROOKLYN , NEW YORK 11245-0001 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | COURTNEY WELSHIMER, ESQ. |
| **Correspondent Address:** | SIMPSON THACHER & BARTLETT LLP<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |

**Domestic Representative - Not Found**

## Proceedings - None recorded