# EXHIBIT 4



**klutchsports** ✓ ···

Klutch Sports Group

**1,878** posts   **303K** followers   **630** following

Sports

@ **klutchsports**

Followed by **dandavy2405**

Follow       Message

Document title: Instagram
Capture URL: https://www.instagram.com/klutchsports/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:27:27 GMT



**klutchathletics** ✓  ···

Klutch Athletics

**124** posts  **22.3K** followers  **40** following

#BeKlutch

🔗 **klutch.com**

Follow          Message          +⚇

Document title: Instagram
Capture URL: https://www.instagram.com/klutchathletics
Capture timestamp (UTC): Fri, 06 Mar 2026 22:37:47 GMT



# Klutch Sports Group

klutchsports ✓

63.3K followers

| Follow | Mention |

Threads | Replies | Media | Reposts

**klutchsports** ✓ 3d

Good luck to all of our clients competing in the wbcbaseball! 🌎⚾

♡ 2

**klutchsports** ✓ 3d

Congratulations to @graytness_15 on winning the Unrivaled Championship with the @mistbc! 🏆

♡ 611    💬 2    ↻ 31    ➢ 1

**klutchsports** ✓ 5d

A'Two on May Two.

♡ 131    💬 1    ↻ 7    ➢ 3

**klutchsports** ✓ 5d

Document title: Klutch Sports Group (@klutchsports) • Threads, Say more
Capture URL: https://www.threads.com/@klutchsports
Capture timestamp (UTC): Mon, 09 Mar 2026 02:01:01 GMT

Page 1 of 1

X

**New to X?**

Sign up now to get your own personalized timeline!

G  Sign up with Google

  Sign up with Apple

**Create account**

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Terms of Service | Privacy Policy | Cookie Policy | Accessibility | Ads info | More ••• | © 2026 X Corp.

**KLUTCH Sports Group**
3,537 posts

Follow

**KLUTCH Sports Group**
@KlutchSports

Global Sports Agency

💼 Sports Business  🔗 klutchgroup.com  📅 Joined September 2012 ›

**297** Following  **86.4K** Followers

| Posts | Replies | Media |

**KLUTCH Sports Group** @KlutchSports · Jul 10, 2018  •••
Officially signed with the @Lakers @KingJames

💬 927    🔁 17K    ♡ 40K    📊    🔖  ⬆️

**KLUTCH Sports Group** @KlutchSports · Jul 2, 2018  •••

**KLUTCH**
SPORTS GROUP

July 1, 2018

**For Immediate Release**

LeBron James, four time NBA MVP, three time NBA

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up



**richpaul** ✔ ...

Rich Paul

**174** posts   **635K** followers   **1,275** following

CEO and Founder of Klutch Sports Group

🔗 **www.amazon.com/Lucky-Me-Memoir-Changing-Odds/d...**

Followed by **dandavy2405**

Follow            Message          ✚

Document title: Instagram
Capture URL: https://www.instagram.com/richpaul/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:41:31 GMT