# EXHIBIT 5





*By Klutch Gear*

# CROWNED IN AKRON LONG SLEEVE TEE

**1ct**

Qty 1 ▾          Add To Basket          1ct | $48

Buy Now

### Description                                          ︿

· 100% Cotton (230 GSM)

· Hand wash at a maximum temperature of 40°C

· Do not bleach

· Do not dry clean

· Do not tumble dry

· Hang dry in the shade

· Do not iron directly on prints

# YOU MIGHT **ALSO LIKE**



**$10** 1ct
**KLUTCH CONCENTRATE...**
Klutch Gear
Add To Basket ⊕

**$75** 1ct
**KLUTCH X SANTA CRUZ...**
Santa Cruz
Add To Basket ⊕

**$15** 1ct
**G PEN DASH+ MOUTHPIECE**
G Pen
Add To Basket ⊕

**$58** 1ct
**THE CUYAHOGA CREW**
Klutch Gear
Add To Basket ⊕

Document title: Crowned In Akron Long Sleeve Tee 1ct Accessories | Klutch Gear |
Capture URL: https://www.klutchcannabis.com/product/crowned-in-akron-long-sleeve-tee-67aebc29a43d8c000781e91e/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:46:52 GMT                        Page 1 of 3

Case: 5:26-cv-00618-JPC Doc #: 1-5 Filed: 03/16/26 3 of 30. PageID #: 134

# MORE FROM KLUTCH GEAR



**$10** 1ct
**KLUTCH CONCENTRATE...**
Klutch Gear

Add To Basket +



**$58** 1ct
**THE CUYAHOGA CREW**
Klutch Gear

Add To Basket +



**$32** 1ct
**THE WHITEOUT TEE**
Klutch Gear

Add To Basket +



**$32** 1ct
**THE RUST BELT TEE**
Klutch Gear

Add To Basket +

## SIGN UP FOR KLUTCH REWARDS

### The All-New Klutch Rewards Program. More Rewards. More Klutch.

Learn More



FIND KLUTCH

**Crowned In Akron Long Sleeve Tee**
Klutch Gear

**$48** 1ct

Add To Basket +



Case: 5:26-cv-00618-JPC Doc #: 1-5 Filed: 03/16/26 5 of 30. PageID #: 136



**KLUTCH**™

Shop ⌄  Dispensaries ⌄  About Us ⌄  Made by Klutch ⌄  **Shop Now**  🛍 🔍

Home > Menu > Accessories > The Cuyahoga Crew



*By Klutch Gear*

# THE CUYAHOGA CREW

**1ct**

Qty 1 ⌄   **Add To Basket**   1ct | $58

**Buy Now**

### Description   ⌃

· Polyester/Cotton (350 GSM)

· Machine wash or Hand wash at a maximum temperature of 40°C

· Do not bleach

· Do not dry clean

· Do not tumble dry

· Hang dry in the shade

· Do not iron directly on prints



# YOU MIGHT ALSO LIKE



**$10** 1ct
### KLUTCH CONCENTRATE...
Klutch Gear

**Add To Basket** +



**$75** 1ct
### KLUTCH X SANTA CRUZ...
Santa Cruz

**Add To Basket** +



**$15** 1ct
### G PEN DASH+ MOUTHPIECE
G Pen

**Add To Basket** +



**$48** 1ct
### CROWNED IN AKRON LONG...
Klutch Gear

**Add To Basket** +

Document title: The Cuyahoga Crew 1ct Accessories | Klutch Gear |
Capture URL: https://www.klutchcannabis.com/product/the-cuyahoga-crew-67aebc28a43d8c000781e908/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:45:47 GMT



**KLUTCH**™

Shop ⌄    Dispensaries ⌄    About Us ⌄    Made by Klutch ⌄    **Shop Now**

Home › Menu › Accessories › Gray Suede-Bill Snapback Klutch Hat



By *Klutch Gear*

# GRAY SUEDE-BILL SNAPBACK KLUTCH HAT

**1ct**

Qty 1 ⌄    **Add To Basket**    1ct | $28

**Buy Now**

**Description** ︿

6 Panel Flat Brim Hat

## YOU MIGHT ALSO LIKE



**$10** 1ct
**KLUTCH CONCENTRATE...**
Klutch Gear
**Add To Basket** +

**$75** 1ct
**KLUTCH X SANTA CRUZ...**
Santa Cruz
**Add To Basket** +

**$15** 1ct
**G PEN DASH+ MOUTHPIECE**
G Pen
**Add To Basket** +

**$48** 1ct
**CROWNED IN AKRON LONG...**
Klutch Gear
**Add To Basket** +

## MORE FROM KLUTCH GEAR

## KLUTCH™

Shop ⌄    Dispensaries ⌄    About Us ⌄    Made by Klutch ⌄        Shop Now

Home  >  Menu  >  Accessories  >  The Whiteout Tee



By *Klutch Gear*

# THE WHITEOUT TEE

**1ct**

Qty 1 ⌄     Add To Basket     1ct | $32

Buy Now

### Description ⌃

· 100% Cotton (230 GSM)

· Hand wash at a maximum temperature of 40°C

· Do not bleach

· Do not dry clean

· Do not tumble dry

· Hang dry in the shade

· Do not iron directly on print



## YOU MIGHT ALSO LIKE



**$10**  1ct
### KLUTCH CONCENTRATE...
Klutch Gear

Add To Basket  +



**$75**  1ct
### KLUTCH X SANTA CRUZ...
Santa Cruz

Add To Basket  +



**$15**  1ct
### G PEN DASH+ MOUTHPIECE
G Pen

Add To Basket  +



**$48**  1ct
### CROWNED IN AKRON LONG...
Klutch Gear

Add To Basket  +

Document title: The Whiteout Tee 1ct Accessories | Klutch Gear |
Capture URL: https://www.klutchcannabis.com/product/the-whiteout-tee-67aebc29a43d8c000781e917/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:46:23 GMT

Case: 5:26-cv-00618-JPC  Doc #: 1-5  Filed: 03/16/26  8 of 30.  PageID #: 139

**KLUTCH**™

Shop ⌄    Dispensaries ⌄    About Us ⌄    Made by Klutch ⌄          Shop Now

Home 〉 Menu 〉 Accessories 〉 The Rust Belt Tee



By *Klutch Gear*

# THE RUST BELT TEE

**1ct**

Qty 1 ⌄    Add To Basket    1ct | $32

**Buy Now**

### Description

· 100% Cotton (230 GSM)

· Hand wash at a maximum temperature of 40°C

· Do not bleach

· Do not dry clean

· Do not tumble dry

· Hang dry in the shade

· Do not iron directly on prints

## YOU MIGHT ALSO LIKE

**$10** 1ct
**KLUTCH CONCENTRATE...**
Klutch Gear
Add To Basket +

**$75** 1ct
**KLUTCH X SANTA CRUZ...**
Santa Cruz
Add To Basket +

**$15** 1ct
**G PEN DASH+ MOUTHPIECE**
G Pen
Add To Basket +

**$48** 1ct
**CROWNED IN AKRON LONG...**
Klutch Gear
Add To Basket +



# KLUTCH™

Shop ⌄   Dispensaries ⌄   About Us ⌄   Made by Klutch ⌄

Shop Now

Home > Menu > Vaporizers > | MAC 1 Full Spectrum Luster Pod |



By *Klutch*

# | MAC 1 FULL SPECTRUM LUSTER POD |

Hybrid   THC: 70.7%

**1g**

## Currently out of stock at this location.

Check At Other Stores

### Description

(Miracle Alien Cookies x Starfighter x Colombian)

Bred by Capulator from a cross between Miracle Alien Cookies, Starfighter, and Colombian, MAC is one of the most coveted cannabis strains in the world. Famous for its bag appeal, MAC's large, dense, trichome-laden buds look like glistening snowballs. However, its looks are evenly matched by one of the most exotic flavor profiles in modern cannabis. What makes our MAC 1 special? Our MAC 1 phenotype was hand selected by Capulator, himself. The exotic fruity, berry aroma of MAC 1 is accented by creamy undertones of herbs and pine – a uniquely accessible profile that makes this one an easy choice for your regular rotation.

Pure cannabis, no extras. Klutch Full Spectrum Vapes deliver clean, 100% cannabis-derived oil from strain-specific, Klutch-grown flower with rare and coveted genetics. Free of distillates and additives, it's the natural way to enjoy the full cannabinoid and terpene profiles of your favorite strains.

Indica/Sativa Ratio: Hybrid (50/50)

Flavor Notes: Cookie, Creamy, Fruity, Berry.

### Total Terpenes: 4.64%

| ⓘ Limonene | ⓘ Li... | ⓘ B.. |
|---|---|---|
| 2.4% | 1.21% | 1.03% |

# YOU MIGHT ALSO LIKE



Case: 5:26-cv-00618-JPC Doc #: 1-5 Filed: 03/16/26 10 of 30. PageID #: 141

Find Klutch Near Me    Klutch Rewards    Specials    Blog    Email Signup

# KLUTCH™

Shop ⌄    Dispensaries ⌄    About Us ⌄    Made by Klutch ⌄    **Shop Now**

Home > Menu > Edibles > | Caramel Green Apple High Dose Distillate Gummies |



*By Klutch*

# | CARAMEL GREEN APPLE HIGH DOSE DISTILLATE GUMMIES |

Hybrid    THC: 276mg

Qty 1 ⌄    **Add To Basket**    10pk | $45

**Buy Now**

### Description

27.6mg THC per gummy, 10 gummies per pack.

While our standard rosin-infused gummies have been a hit since the beginning, we quickly heard from patients looking for higher potency options in the edibles category. By sticking with the same great recipes and small-batch mentality, we swapped in a larger infusion of ultra-pure, crystal clean distillate to ensure we delivered on the desire for a higher potency edible without compromising on flavor or accessibility. Higher-Dosed Distillate Gummies now available in Triple Citrus and Caramel Green Apple.

# YOU MIGHT ALSO LIKE



$14
**ROOT BEER INFUSED ELIXIR**
Wellspring Fields
Hybrid    THC: 55mg

$40
**RSO 30MG CAPSULES**
BeneLeaves
Hybrid    THC: 660mg

$25
**ENTOURAGE EFFECT...**
BeneLeaves
Hybrid    THC: 220mg

$26
**CHURRO MILK CHOCOLATE BAR**
Kiva
Hybrid    THC: 100mg

Document title: | Caramel Green Apple High Dose Distillate Gummies | 10pk Edibles | Klutch |
Capture URL: https://www.klutchcannabis.com/product/caramel-green-apple-high-dose-distillate-gummies-30967-6993543222e86a00075eeabf/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:49:02 GMT    Page 1 of 3

📍 LORAIN REC Order Before 8:45PM

Find Klutch Near Me · Klutch Rewards · Specials · Blog · Email Signup



👑 **KLUTCH™**   Shop ⌄   Dispensaries ⌄   About Us ⌄   Made by Klutch ⌄   **Shop Now**   🛍 🔍

Home › Menu › Edibles › | Triple Citrus High Dose Distillate Gummies |



# | TRIPLE CITRUS HIGH DOSE DISTILLATE GUMMIES |

Hybrid

## Currently out of stock at this location.

**Check At Other Stores**

### Description

25mg THC per gummy, 10 gummies per pack.

While our standard rosin-infused gummies have been a hit since the beginning, we quickly heard from patients looking for higher potency options in the edibles category. By sticking with the same great recipes and small-batch mentality, we swapped in a larger infusion of ultra-pure, crystal clean distillate to ensure we delivered on the desire for a higher potency edible without compromising on flavor or accessibility. Higher-Dosed Distillate Gummies now available in Triple Citrus and Caramel Green Apple.

# YOU MIGHT ALSO LIKE



$14
## ROOT BEER INFUSED ELIXIR
Wellspring Fields

Hybrid · THC: 55mg



$40
## RSO 30MG CAPSULES
BeneLeaves

Hybrid · THC: 660mg



$25
## ENTOURAGE EFFECT...
BeneLeaves

Hybrid · THC: 220mg



$26
## CHURRO MILK CHOCOLATE BAR
Kiva

Hybrid · THC: 100mg

Document title: | Triple Citrus High Dose Distillate Gummies | 10pk Edibles |
Capture URL: https://www.klutchcannabis.com/product/triple-citrus-high-dose-distillate-gummies/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:49:37 GMT

Case: 5:26-cv-00618-JPC  Doc #: 1-5  Filed: 03/16/26  12 of 30.  PageID #: 143

## KLUTCH™

Shop ⌄    Dispensaries ⌄    About Us ⌄    Made by Klutch ⌄          **Shop Now**




Klutch Cannabis. All Rights Reserved

By *Klutch*

# | ICE CREAM CAKE LIVE LIQUID DIAMONDS DARK CHOCOLATE BAR |

Hybrid    THC: 100mg

Qty 1 ⌄    **Add To Basket**    10pk | $25

**Buy Now**

### Description   ⌃

10mg per piece

From the moment we opened our kitchen, Klutch has been making a delicious line of craft, small batch chocolate bars to celebrate the flavors of two of our most popular strains. Available in both moderate and high dose versions, our "Ice Cream Cake" bar features premium dark cacao and the decadent, rich taste of chocolate cake, while our "Orange 43" bar combines the luscious flavor of our premium cacao with a bright twist of orange and citrus!

# YOU MIGHT **ALSO LIKE**



$14
### ROOT BEER



$40
### RSO 30MG



$25
### ENTOURAGE



$26
### CHURRO MILK

Document title: | Ice Cream Cake Live Liquid Diamonds Dark Chocolate Bar | 10pk Edibles | Klutch |
Capture URL: https://www.klutchcannabis.com/product/ice-cream-cake-live-liquid-diamonds-dark-chocolate-bar-678e8a0cc41d3f0007e166ad/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:50:11 GMT

Case: 5:26-cv-00618-JPC  Doc #: 1-5  Filed:  03/16/26  13 of 30.  PageID #: 144

Find Klutch Near Me    Klutch Rewards    Specials    Blog    Email Signup

# KLUTCH™

Shop ⌄    Dispensaries ⌄    About Us ⌄    Made by Klutch ⌄    **Shop Now**

Home > Menu > Edibles > | Pretzel Live Liquid Diamonds Milk Chocolate Bar |




2024 Klutch Cannabis. All Rights Reserved

*By Klutch*

# | PRETZEL LIVE LIQUID DIAMONDS MILK CHOCOLATE BAR |

Hybrid    THC: 100mg

Qty 1 ⌄    **Add To Basket    10pk | $25**

**Buy Now**

## Description    ⌄

10mg per piece, 10 pieces per bar

At Klutch, we love chocolate. From the moment we opened our kitchen, Klutch has been making a delicious line of craft, small batch chocolate bars to celebrate the power of our most popular strains. Our Pretzel Bar offers an inspired twist on a tried-and-true classic, combining the rich, decadent flavor of our proprietary chocolate blend with a salty, crunchy dose of pretzels and an infusion of Live Liquid Diamonds.

# YOU MIGHT ALSO LIKE



$14
**ROOT BEER INFUSED ELIXIR**
Wellspring Fields
Hybrid    THC: 55mg



$40
**RSO 30MG CAPSULES**
BeneLeaves
Hybrid    THC: 660mg



$25
**ENTOURAGE EFFECT...**
BeneLeaves
Hybrid    THC: 220mg



$26
**CHURRO MILK CHOCOLATE BAR**
Kiva
Hybrid    THC: 100mg

Document title: | Pretzel Live Liquid Diamonds Milk Chocolate Bar | 10pk Edibles | Klutch |
Capture URL: https://www.klutchcannabis.com/product/pretzel-live-liquid-diamonds-milk-chocolate-bar-67857e7923205d000731e54c/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:50:43 GMT    Page 1 of 3



Document title: Vaporizers - Klutch Cannabis
Capture URL: https://www.klutchcannabis.com/shop/vaporizers/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:48:32 GMT

Case: 5:26-cv-00618-JPC Doc #: 1-5 Filed: 03/16/26 15 of 30. PageID #: 146

Find Klutch Near Me | Klutch Rewards | Specials | Blog | Email Signup

## KLUTCH™

Shop ⌄    Dispensaries ⌄    About Us ⌄    Made by Klutch ⌄    **Shop Now**



**$45** 1g
**| CEREAL MILK LIVE RESIN...**
Cookies
Indica | THC: 61.54%
Add To Basket +

**$45** 1g
**| JOSH D CROWD SURFER LIVE...**
Klutch
Hybrid | THC: 72.92%
Add To Basket +

**$45** 1g
**| JOSH D THE FRANK LIVE...**
Klutch
Indica | THC: 65.65%
Add To Basket +

**$45** 1g
**| PERMANENT MARKER X...**
Klutch
Hybrid | THC: 75.2%
Add To Basket +

**$40** .5g
**| COLLEGE PARK LIVE HASH...**
Klutch
Hybrid | THC: 75.7%
Add To Basket +

**$40** .5g
**| DONNY SOLO BURGER LIVE...**
Klutch
Hybrid | THC: 69.25%
Add To Basket +

**$40** .5g
**| ICE CREAM CAKE LIVE HA...**
Klutch
Indica | THC: 74.16%
Add To Basket +

**$40** .5g
**| JEALOUSY LIVE HASH ROSIN...**
Klutch
Indica | THC: 71.98%
Add To Basket +

**$40** .5g
**| PAPAYA LIVE HASH ROSIN...**
Klutch
Indica
Add To Basket +

**$40** .5g
**| RAINBOW B'LTS LIVE HA...**
Klutch
Sativa | THC: 75.93%
Add To Basket +

**$40** .5g
**| SHERBHEAD LIVE HASH...**
Klutch
Hybrid | THC: 75.98%
Add To Basket +

**$40** .5g
**| ZAMOSA LIVE HASH ROSIN...**
Klutch
Hybrid | THC: 75.47%
Add To Basket +

KLUTCH™

Shop ⌄    Dispensaries ⌄    About Us ⌄    Made by Klutch ⌄         Shop Now



Add To Basket +        Add To Basket +        Add To Basket +        Add To Basket +

**$30** 1g
| BAJA FULL SPECTRUM...
Citizen by Klutch
Indica   THC: 69.98%
Add To Basket +

**$30** 1g
| GRAPE RTZ FULL SPECTR...
Citizen by Klutch
Indica   THC: 72.97%
Add To Basket +

**$30** 1g
| ICE CREAM CAKE FULL...
Citizen by Klutch
Indica
Add To Basket +

**$30** 1g
| KEY LIME FULL SPECTR...
Citizen by Klutch
Sativa   THC: 70.2%
Add To Basket +

**$30** 1g
| JOSH D MOTORBREAT...
Citizen by Klutch
Indica   THC: 72.23%
Add To Basket +

**$30** 1g
| LEMON GRANITA X...
Citizen by Klutch
Hybrid   THC: 71.6%
Add To Basket +

**$30** 1g
| MTF FULL SPECTRUM...
Citizen by Klutch
Hybrid   THC: 69.73%
Add To Basket +

**$30** 1g
| PERMANENT MARKER FULL...
Citizen by Klutch
Indica
Add To Basket +

Document title: Vaporizers - Klutch Cannabis
Capture URL: https://www.klutchcannabis.com/shop/vaporizers/
Capture timestamp (UTC): Fri, 06 Mar 2026 22:48:32 GMT





Document title: Accessories - Klutch Cannabis
Capture URL: https://www.klutchcannabis.com/shop/accessories/
Capture timestamp (UTC): Fri, 06 Mar 2026 23:00:31 GMT

Case: 5:26-cv-00618-JPC Doc #: 1-5 Filed: 03/16/26 19 of 30. PageID #: 150



Document title: Accessories - Klutch Cannabis
Capture URL: https://www.klutchcannabis.com/shop/accessories/
Capture timestamp (UTC): Fri, 06 Mar 2026 23:00:31 GMT

Case: 5:26-cv-00618-JPC  Doc #: 1-5  Filed:  03/16/26  20 of 30.  PageID #: 151

**KLUTCH**™

Shop ⌄ | Dispensaries ⌄ | About Us ⌄ | Made by Klutch ⌄ | Shop Now | 🛍 | 🔍



**$58** 1ct
### THE CUYAHOGA CREW
Klutch Gear

Add To Basket ⊕



**$75** 1ct
### KLUTCH X SANTA CRUZ...
Santa Cruz

Add To Basket ⊕



**$30** 1pk
### HABITAT BY KLUTCH TEE -...
Habitat Gear

Add To Basket ⊕



**$30** 1pk
### HABITAT BY KLUTCH TEE -...
Habitat Gear

Add To Basket ⊕



**$12** 1pk
### HABITAT HEMP GRINDER
Habitat Gear

Add To Basket ⊕



**$35** 1ct
### HABITAT WHITE ONYX 40OZ...
Habitat Gear

Add To Basket ⊕



**$35** 1ct
### HABITAT WHITE ONYX 40OZ...
Habitat Gear

Add To Basket ⊕



**$1** 1ct
### BOVEDA PACK 62% RH
Boveda

Add To Basket ⊕



**$15** 1ct
### G PEN DASH+ MOUTHPIECE
G Pen



61% Off
**$30.03** ~~$77~~ 1ct
### HABITAT BY KLUTCH...
Habitat Gear



**$3** 40pk
### KLUTCH MATCHES
Klutch Gear



**$140** 1ct
### PUFFCO PIVOT - PINE
Puffco

Document title: Accessories - Klutch Cannabis
Capture URL: https://www.klutchcannabis.com/shop/accessories/
Capture timestamp (UTC): Fri, 06 Mar 2026 23:00:31 GMT



Document title: Instagram
Capture URL: https://www.instagram.com/p/DVG53FtEbS5/
Capture timestamp (UTC): Mon, 09 Mar 2026 00:52:50 GMT



**klutch**
Downtown Cleveland

Following •••

**klutch** 18w
An Ohio staple. 🤙🔤🔠

**cliccloudco** 16w
😀
1 like  Reply

**mylarbags_88** 17w
🔥🔥🔥
1 like  Reply

**chefandvenus** 18w
One of my favorites 🤙
1 like  Reply

**carter.b106** 5w
Only grow Mac 1 please. Nothing compares. Thank you
1 like  Reply

❤️ 💬 8 ✈️                              🔖
October 28, 2025

Add a comment...

**More posts from** klutch



Document title: Instagram
Capture URL: https://www.instagram.com/p/DQXQHk-ETB1/
Capture timestamp (UTC): Mon, 09 Mar 2026 00:54:10 GMT



**klutch** Following ···

**klutch** Edited · 15w
The Ohio Against the Cold Hoodie by Klutch is built for Midwest winters and made to last. 🧥

Grab one for free this Friday and Saturday at Klutch locations. Head to our website under Specials to see how.

**talliewheatley9** 15w
Wow! You guys are so lucky! I'd kill for a KLUTCH in Columbus!!!! Free sweatshirt🔥❤️😊

Reply

**labelmybud** 15w
Save me one 🫡

1 like Reply

4

November 20, 2025

Add a comment…

More posts from klutch



Document title: Instagram
Capture URL: https://www.instagram.com/p/DRSwmItkaPL/
Capture timestamp (UTC): Mon, 09 Mar 2026 00:55:10 GMT



**klutch**
Cleveland, Ohio — Following ···

**klutch** 34w
Something special in The Land... 👑 🎞️

**shizzle614** 34w
Something special for CBus ➡️ 🤞
1 like  Reply

**shoestrings9** 34w
🔥🔥
Reply

**hennyhonky** 34w
Let's do some vids
1 like  Reply

**gee_beck1614** 34w
Who's doing the promo for

❤️ 💬 9 ✈️  🔖
july 8, 2025

Add a comment...

**More posts from** klutch



Document title: Instagram
Capture URL: https://www.instagram.com/p/DL2NUg-xJwI
Capture timestamp (UTC): Mon, 09 Mar 2026 00:57:15 GMT





Document title: Instagram
Capture URL: https://www.instagram.com/p/DVbdAM8ETTa/
Capture timestamp (UTC): Mon, 09 Mar 2026 00:58:10 GMT







Document title: Instagram
Capture URL: https://www.instagram.com/klutch/
Capture timestamp (UTC): Mon, 09 Mar 2026 19:43:53 GMT



Meta  About  Blog  Jobs  Help  API  Privacy  Consumer Health Privacy  Terms  Locations  Instagram Lite  Meta AI  Threads  Contact Uploading & Non-Users  Meta Verified

English ∨  © 2026 Instagram from Meta

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/klutch/
Capture timestamp (UTC): Mon, 09 Mar 2026 19:43:53 GMT